ROSE SECKLER, Plaintiff, v. CHARLES H. GREENFIELD, Defendant, Impleaded with ANNA TOSBELL, Respondent, and CHARLES McMAHON SMITH, Appellant.— Order modified so as to direct the receiver to pay over to the city chamberlain, to the credit of this action, the funds still remaining in his hands, and as so modified affirmed, without costs. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

FRANK SHERIDAN, Respondent, v. HARRY H. FRAZEE, Appellant.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order unanimously affirmed, with costs. No opinion. Present— Stapleton, Mills, Rich and Putnam, JJ.